UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NELSON-McLEAN, LLC,

    Plaintiff                                     Case No. 1:05-cv-584

v.                                                    Hon. Wendell A. Miles

RETURN ON INVESTMENT CORP.,
TECTONIC NETWORK, INC., and
TECTONIC SOLUTIONS, INC.,

    Defendants.
_____/

## NOTICE OF
## VOLUNTARY DISMISSAL

      Plaintiff NELSON-McLEAN, LLC, pursuant to Fed. R. Civ. P. 41(a), and before the filing of a responsive pleading or motion for summary judgment, notifies the Court of the dismissal of its action against Defendants, RETURN ON INVESTMENT CORP., TECTONIC NETWORK, INC., and TECTONIC SOLUTIONS, INC., without prejudice pursuant to Tectonic Network, Inc., filing for Chapter 11 Bankruptcy proceeding on October 3, 2005 in the Northern District of Georgia - Atlanta Division.  (A copy of the Voluntary Petition is attached).

Dated:  February 7, 2006                        s/ Jeffrey G. Muth
                                                            Jeffrey G. Muth (P65041)
                                                            BARNES & THORNBURG, LLP
                                                            Attorneys for Plaintiff
                                                            300 Ottawa Ave., N.W., Ste. 500
                                                            Grand Rapids, MI 49503
                                                            616/742-3930

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 7th day of February 2006, by United States mail, postage pre-paid on the following:

Return on Investment Corporation
c/o Mr. Sherwin Krug
400 Perimeter Center Terrace, NE, Ste. 900
Atlanta, GA 30346

Dated:  February 7, 2006

 s/ Jeffrey G. Muth
Jeffrey G. Muth (P65041)
BARNES & THORNBURG, LLP
Attorneys for Plaintiff
300 Ottawa Ave., N.W., Ste. 500
Grand Rapids, MI 49503
616/742-3930

## **ORDER**

This matter came before the Court on the Notice of Voluntary Dismissal filed by petitioner Nelson-McLean, LLC.  Being duly advised, the Court now ORDERS that this matter be and hereby is dismissed, without prejudice.

Dated:  **March 6, 2006**

**/s/ Wendell A. Miles**
Hon. Wendell A. Miles,
U.S. District Court Judge